296 So.2d 175

**In re NATIONAL SECURITY FIRE & CASUALTY CO.**

**v.**

**David BRANNON, as in invitum or de facto guardian of Lonnie Groves, as the same is revived in his capacity as Administrator of the Estate of Lonnie Groves, Deceased.**

**Ex parte National Security Fire and Casualty Co., a corp.**

**SC 762.**

Supreme Court of Alabama.

June 6, 1974.

Charles D. Rosser, Tuscumbia, for petitioner.

Robert M. Hill, Jr., Florence, for appellee.

PER CURIAM.

Petition of National Security Fire and Casualty Company, a Corp. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in National Security Fire & Casualty Co. v. Brannon, as In Invitum Or DeFacto Guardian of Lonnie Groves, As The Same is Revived In His Capacity As Administrator of The Estate of Lonnie Groves, Deceased. 52 Ala.App. 576, 296 So.2d 170.

Writ denied.

MERRILL, COLEMAN, HARWOOD, BLOODWORTH, MADDOX, McCALL, FAULKNER and JONES, JJ., concur.

HEFLIN, C. J., recuses self.

298 So.2d 70

**In re William L. O'NEAL, alias**

**v.**

**STATE.**

**Ex parte William L. O'Neal.**

**SC 904.**

Supreme Court of Alabama.

July 18, 1974.

Clellon K. Baeder, Huntsville, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of William L. O'Neal for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in O'Neal v. State, 53 Ala.App. 133, 298 So.2d 62.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.